UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR424-050 |
| | ) |
| DUANE B. SMITH | ) |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Timothy P. Dean** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Timothy P. Dean be granted leave of absence for the following periods: March 17, 2025 through March 21, 2025.

ORDERED, this the 19th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA